**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

HIBAH SAYED,

    Plaintiff,

    v.

DR. THOMAS TAYLOR,
*Superintendent, Montgomery County*
*Public Schools, in his official capacity*, and
PETER CRABLE,
*Principal of Sligo Middle School, in his*
*official and individual capacities,*

    Defendants.

Civil Action No. 25-1951-TDC

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that the Motion to Dismiss, ECF No. 17, is GRANTED IN PART and DENIED IN PART in that it is granted as to any claim for monetary damages against Defendants in their official capacities and is otherwise denied.  Defendants are instructed to file an Answer to the Amended Complaint within **14 days** of the date of this Order.  Fed. R. Civ. P. 12(a)(4)(A).

Date:  June 1, 2026

THEODORE D. CHUANG
United States District Judge